AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Angel Arturo De Leon-Xicay**

## CRIMINAL COMPLAINT

Case Number:    M-19- 3189  -M

IAE        YOB:    1988
**Guatemala**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about                **December 30, 2019**                in      **Hidalgo**          County, in

the               **Southern**              District of            **Texas**

*(Track Statutory Language of Offense)*

**being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title         **8**      United States Code, Section(s)         **1326**        **(Felony)**

I further state that I am a(n) **Border Patrol Agent**  and that this complaint is based on the following facts:

**Angel Arturo De Leon-Xicay was encountered by Border Patrol Agents near Hidalgo, Texas on December 30, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 30, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on June 6, 2019 through Alexandria, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On April 21, 2017 the defendant was convicted of 8 USC 1326, Reentry of Removed Alien and sentenced to eight (8) months confinement.**

Continued on the attached sheet and made a part of this complaint:     ☐ Yes  ☒ No

Complaint authorized by AUSA  Amy L Greenbaum  12/31/19

Sworn to before me and subscribed in my presence,

December 31, 2019  - 3:26 p.m. -
Date

**Juan F. Alanis**                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant

**Kellen Meador**
Printed Name of Complainant

Signature of Judicial Officer